# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WILLIAM WHITFIELD GARDNER, ANISH SHAH, RASESH SHAH, PRAVIN SHAH, VEENA SHAH, AND WARREN YU ON BEHALF OF VASCULAR ACCESS CENTERS, L.P.,

    Respondents

      v.

VASCULAR ACCESS CENTERS, LLC AND JAMES F. MCGUCKIN, M.D.,

    Petitioners

: No. 402 MAL 2019
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of November, 2019, the Petition for Allowance of Appeal is **DENIED.** Respondents' Application to Expedite Consideration is **DISMISSED AS MOOT**.